# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

MANUEL DE JESUS BEZA                                                  PETITIONER

v.                      No. 4:08CV02909 JLH

DEPARTMENT OF HOMELAND SECURITY                      RESPONDENT

## **JUDGMENT**

Pursuant to the Opinion and Order entered separate today, the complaint of Manuel De Jesus Beza is dismissed with prejudice.

IT IS SO ORDERED this 13th day of February, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE